IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-104 |
| ALEXANDER KONOVOLOV<br>　a/k/a NoNe<br>　a/k/a none_1<br>MARAT KAZANDJIAN<br>　a/k/a phant0m<br>VLADIMIR GORIN<br>　a/k/a Voland<br>　a/k/a mrv<br>　a/k/a riddler<br>GENNADY KAPKANOV<br>　a/k/a Hennadiy Kapkanov<br>　a/k/a flux<br>　a/k/a ffhost<br>　a/k/a firestarter<br>　a/k/a User41<br>EDUARD MALANICI<br>　a/k/a JekaProf<br>　a/k/a procryptgroup<br>KONSTANTIN VOLCHKOV<br>　a/k/a Elvi<br>RUSLAN VLADIMIROVICH KATIRKIN<br>　a/k/a stratos<br>　a/k/a xen<br>VIKTOR VLADIMIROVICH EREMENKO<br>　a/k/a nfcorpi<br>FARKHAD RAUF OGLY MANOKHIN<br>　a/k/a frusa<br>ALEXANDER VAN HOOF<br>　a/k/a al666 | FILED<br><br>MAY 15 2019<br><br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

O R D E R

AND NOW, to wit, this 15th day of May, 2019, upon consideration of the Motion to Unseal indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

_____<br>UNITED STATES MAGISTRATE JUDGE

cc:   Charles A. Eberle, AUSA