IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 19-104 |
| ) | |
| ALEXANDER KONOVOLOV, et al.,   ) | |
| ) | |
| Defendants.   ) | |

ORDER

AND NOW, this 27th day of August, 2020, it appearing that further proceedings cannot be held in this case as to defendants Alexander Konovolov, Marat Kazandjian, Vladimir Gorin, Gennady Kapkanov, Eduard Malanici, Konstantin Volchkov, Ruslan Vladimirovich Katirkin, Viktor Vladimirovich Eremenko, Farkhad Rauf Ogly Manokhin and Alexander Van Hoof because the defendants are fugitives and a warrant of arrest has been issued,

IT IS HEREBY ORDERED that the case be returned to the Clerk of Court as to each of these defendants until such time as action by the Court may be required against them.

s/ Nora Barry Fischer
Nora Barry Fischer
Senior United States District Judge

cc/ecf:    Charles A. Eberle, AUSA

United States Marshal's Office